U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2020

**BY ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Lawrence & Ward*, 20 Cr. 272 (WHP)

Dear Judge Pauley:

At defendant Allen Lawrence's request, the Court recently adjourned the defendant's anticipated change of plea hearing to September 17, 2020 in light of the continuing COVID-19 pandemic and to permit defense counsel to be available for the proceeding.  The Government now moves to exclude time under the Speedy Trial Act prospectively until September 17, 2020.  The requested exclusion would be in the interests of justice because it will ensure the effective representation of counsel and will protect the health and safety of all parties and the public during the pandemic.  A proposed order is attached to this letter.  The defendant consents to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:   All counsel of record (by ECF)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA           :

          -v-                      :    ORDER

ALLEN LAWRENCE and JASON WARD,     :    20 Cr. 272 (WHP)

                    Defendants.    :

- - - - - - - - - - - - - - - - - -X
```

Upon the application of the United States, by and through Assistant United States Attorney Jacob R. Fiddelman, and with the consent of Allen Lawrence, the defendant, by and through Ian Marcus Amelkin, his counsel, it is hereby ORDERED that the time between the date of this Order and September 17, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will ensure effective representation of counsel by permitting adequate time to prepare for and appear for an anticipated change of plea proceeding, and it will protect the health and

safety of the parties and the public during the COVID-19 pandemic.

Dated:  New York, New York
       July 1, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.