**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 15, 2020

**VIA ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street New York, NY 10007

Re:   **United States v. Allen Lawrence**
      20 Cr 272 (WHP)

Dear Judge Pauley:

I write with the consent of the Government to postpone Mr. Lawrence's next appearance, currently scheduled for Thursday, until Tuesday, October 13, 2020. The defense waives speedy trial time until the date the Court sets for the appearance. On that date, Mr. Lawrence expects to enter a plea via his plea agreement. Mr. Lawrence waives his right to be present and consents to either a video or phone conference.

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733

Application granted.  Conference adjourned to October 13, 2020 at 11:00 a.m.  Time excluded in the interest of justice.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

September 16, 2020