UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

        -against-                                         :           20 Cr. 272 (WHP)

Allen Lawrence,                                              :           <u>ORDER</u>
                     Defendant.           :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Wednesday, October 14, 2020 at 2:00 p.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated: New York, New York
       October 13, 2020

                                SO ORDERED:

                                _____
                                WILLIAM H. PAULEY III
                                    U.S.D.J.