UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Allen Lawrence,

Defendant.

20-cr-272 (WHP)

ORDER

WILLIAM H PAULEY III, District Judge:

Sentencing is scheduled in the above-captioned matter for May 5, 2021 at 2:00 p.m. A publicly-accessible audio line is available by dialing 917-933-2166, entering participant code 265463795.

Dated: May 5, 2021
      New York, New York

SO ORDERED:

*William H. Pauley*
WILLIAM H. PAULEY III
U.S.D.J.