# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 23, 2021

**VIA ECF & EMAIL**
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted.

SO ORDERED:

/s/ William H. Pauley III
WILLIAM H. PAULEY III
U.S.D.J.

July 2, 2021

Re: <u>United States v. Allen Lawrence</u>
    20 Cr. 272 (WHP)

Dear Judge Pauley:

    I write with the consent of Pretrial Services to respectfully request this Court order that Pretrial Services be permitted to remove Mr. Lawrence's ankle monitor on Tuesday, July 6, 2021. On July 7, 2021, Mr. Lawrence will fly from New York to Raleigh, North Carolina to surrender at FCI Butner Low. FCI Butner Low is expecting Mr. Lawrence for his early surrender.

    Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733

cc: AUSA Jacob Fiddelman (via ECF & E-mail)