**Federal Defenders**
OF NEW YORK, INC.

52 Duane Str
Te

<!-- USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ____ / DATE FILED: 5/20/2022 -->

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 18, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street New York, NY 10007

Re: **United States v. Allen Lawrence**
20 Cr 272 (AT)

Dear Judge Torres:

I write to respectfully request the Court grant Mr. Lawrence permission to travel to Paris, France from Sunday, June 12 to Tuesday, June 21 to celebrate his ex-mother-in-law's 80th birthday. The Government does not oppose this request and while Probation does not take a position, Mr. Lawrence's officer has nothing but praise for his efforts thus far on supervised release. He is fully compliant with all standard and special conditions.

Mr. Lawrence was arrested and charged in this District on November 18, 2019. He pled guilty to possession of child pornography on October 14, 2020, and he was sentenced by Judge Pauley to three months in prison on May 5, 2021. During the pendency of his case, Mr. Lawrence was fully compliant with the terms of his supervised release. Mr. Lawrence successfully completed his three-month sentence without any disciplinary infractions on October 4, 2021. Since that time, he has been fully compliant with the terms of his supervised release and is benefitting from continued treatment.

Prior to this case, Mr. Lawrence lived half the time in New York and the other half in Paris. He was married to a French citizen for more than 15 years and still enjoys a close relationship with his ex-husband and his family. Mr. Lawrence respectfully requests permission to travel to see them on the dates specified above. This motion is unopposed, and Mr. Lawrence is already in possession of his passport,

as the Government returned it to him at the conclusion of his case. Thank you for the Court's consideration.

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733

GRANTED.

SO ORDERED.

Dated: May 20, 2022
       New York, New York

ANALISA TORRES
United States District Judge