UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

ALLEN LAWRENCE,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2025

20 Cr. 272-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The violation of supervised release initial conference scheduled for February 10, 2025, at 1:00 p.m. is rescheduled to **February 10, 2025**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: February 7, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge