USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/17/2025_

**Federal Defenders OF NEW YORK, INC.**

52 Duan[e]

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 14, 2025

**By ECF**

The Honorable Analisa Torres
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: **United States v. Allen Lawrence, 20 Cr. 272 (AT)**

Dear Judge Torres:

    I write with the consent of Probation and the Government to respectfully request:

1. Mr. Lawrence be permitted to travel to New Bern, North Carolina from March 18 to March 28, 2025 to care for his father, who requires surgery. Thank you for the Court's consideration of this request.

                                Respectfully submitted,

                                /s/

                              Ian Marcus Amelkin
                              Assistant Federal Defender
                              ian_marcus_amelkin@fd.org

cc:   Jay Fiddelman, Assistant U.S. Attorney

GRANTED.

SO ORDERED.

Dated: March 17, 2025
       New York, New York

ANALISA TORRES
United States District Judge