USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/29/2025_

**Federal Defenders**
OF NEW YORK, INC.

52 Duane

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 25, 2025

**By ECF**

The Honorable Analisa Torres
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: **United States v. Allen Lawrence, 20 Cr. 272 (AT)**

Dear Judge Torres:

    I write with the consent of Probation and the Government to respectfully request:

1. Mr. Lawrence be permitted to stay in North Carolina with his father until he can be placed in a long-term memory care facility. The facility approximates that a bed will be available with two to four weeks. During that time Mr. Lawrence has arranged to attend his group and individual therapy virtually. If approved, Mr. Lawrence will coordinate with his officer Ms. Joseph his return to New York once his father is receiving care. Mr. Lawrence's father has been discharged from his short-term care facility and will need Mr. Lawrence's assistance until he is placed in the memory care unit. Mr. Lawrence's brother recently passed away so now he is the only family member available to assist his father. He will live in his father's home with him until he returns to the Southern District of New York. Thank you for the Court's consideration of this request.

GRANTED.

SO ORDERED.

Dated: April 29, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge