**Federal Defenders**
OF NEW YORK, INC.

52 Duane

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2025

June 2, 2025

**By ECF**

The Honorable Analisa Torres
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: **United States v. Allen Lawrence, 20 Cr. 272 (AT)**

Dear Judge Torres:

    I write with the consent of Probation and the Government to respectfully request:

1. Mr. Lawrence's surrender date be modified from June 10, 2025, to August 4, 2025. Mr. Lawrence's father is currently dealing with serious health issues, and Mr. Lawrence is in the process of moving him to hospice care. This adjournment will allow Mr. Lawrence to settle his father and care for him prior to his incarceration as well as return to New York to get his affairs in order before he surrenders.

2. Mr. Lawrence be permitted to stay in North Carolina with his father until his surrender date. Mr. Lawrence will continue to communicate with his Probation Officer in the event he is able to return to New York earlier.

Thank you for the Court's consideration of this request.

                      Respectfully submitted,

                      /s/

GRANTED.

SO ORDERED.

Dated: June 3, 2025
      New York, New York

                      ANALISA TORRES
                      United States District Judge